---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH (201) 533-1100
Emai: NickFitz.Law@gmail.com

In Re:

Nuzhet Khan

Case No.: 24-13523
Chapter: 13
Adv. No.:
Hearing Date:
Judge: GAMBARDELLA

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Nuzhet Khan__ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __June 13, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Second Amended Plan - - Before Confirmation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 13, 2024

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nuzhet Khan<br>591 Summit Avenue, Suite 605B<br>Jersey City, NJ 07306 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael S. Ackerman, Esq.<br>Law Office of<br>Michael S. Ackerman, LLC<br>Waterview Plaza<br>2001 Route 46, Suite 310<br>Parsippany NJ 07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Garden State Prominent Realty, LLC.<br>Michael S. Ackerman, LLC<br>2001 Route 46, Suite 310<br>Parsippany NJ 07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Attorneys for PNC BANK, NATIONAL ASSOCIATION | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | All Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev. 8/1/16

NICHOLAS FITZGERALD
*Admitted in NY and NJ

**FITZGERALD & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
**649 NEWARK AVENUE
JERSEY CITY, NJ 07306**
-------------------------------------
**TELEPHONE (201) 533-1100**
Email: NickFitz.Law@gmail.com

NEW YORK OFFICE
521 FIFTH AVENUE, SUITE 3010
NEW YORK, NY 10175
1 800 828 7763

**24-13523-RG** Nuzhet Khan

# Creditors

**Bank of America, N.A.**
PO Box 673033
Dallas, TX 75267-3033

**Bk Of Amer**
P O Box 982236
El Paso, TX 79998

**Celtic Bank**
4550 New Linden HIll Road
Wilmington, DE 19808

**Garden State Prominent Realty**
1725 John F. Kennedy Blvd #
Jersey City, NJ 07305

**Garden State Prominent Realty, LLC**
Michael S. Ackerman, Esq.
Law Offices of Michael S. Ackerman
Waterview Plaza, 2001 Route 46, Suite 310
Parsippany, NJ 07054

**Jpmcb Card**
201 N Walnut St
Wilmington, DE 19801

**Jpmcb Card**
301 N Walnut St, Floor 09
Wilmington, DE 19801

**Law Office of Michael S. Ackerman, LLC**
2001 Route 46
Suite 310
Parsippany, NJ 07054

**LVNV Funding**
P.O. Box 10584
Greenville, SC 29603

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Mdsmgmt**
126 Route 10
Succasunna, NJ 07876

**MDSMgnt / Garden State Prominent Realty**
Law Office of Michael S. Ackerman, LLC
2001 Route 46
Parsippany, NJ 07054

**Midland Credit Management**
16 McLeland Rd
Saint Cloud, MN 56303

**Midland Credit Management, Inc.**
PO Box 2037
Warren, MI 48090

**PNC Bank NA**
Bankruptcy Department
PO BOX 94982
Cleveland, OH 44101

**Verizon**
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Verizon**
500 Technology Dr
Weldon Spring, MO 63304