---

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 24-17875 BKOBJ01 <br> BROCK & SCOTT, PLLC <br> 302 Fellowship Rd, Suite 130 <br> Mount Laurel, NJ 08054 <br> (844) 856-6646 <br> Attorneys for PNC Bank, National Association | |
| In Re: <br><br> Nuzhet Khan | Case No: 24-13523-RG <br><br> Hearing Date: July 17, 2024 <br><br> Judge: ROSEMARY GAMBARDELLA <br><br> Chapter: 13 |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter:  [37]  - PNC Bank's Amended Objection to Debtor's Motion to Expunge - 7/11/2024

Date: <u>July 11, 2024</u>          /s/Matthew Fissel
                                    Signature

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-17875 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for PNC Bank, National Association

In Re:

Nuzhet Khan

Case No: 24-13523-RG

Hearing Date: July 17, 2024

Judge: ROSEMARY GAMBARDELLA

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Elizabeth Oliver:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents PNC Bank, National Association in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Status Change Form

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 11, 2024                    /s/ *Elizabeth Oliver*
                                            Elizabeth Oliver

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Nuzhet Khan<br>591 Summit Avenue, Suite 605B | Debtor | ☐ Hand-delivered<br>☒ Regular mail |

| | | |
|---|---|---|
| Jersey City, NJ 07306 | | ☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br> (as authorized by the court *) |
| NICHOLAS FITZGERALD<br>649 NEWARK AVENUE<br>JERSEY CITY, NJ 07306 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br> (as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br> (as authorized by the court *) |
| Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br> (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*