Page 1

_____NF/6129
Nicholas Fitzgerald, Esq.
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Attorney for Debtor

Order Filed on July 26, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court
District of New Jersey
-----------------------------------X
In Re:
    Nuzhet Khan                  Chapter 13
                                Case No. 24-13523-RG

        Debtor
                              Hearing Date:  7/17/24
                                          10:00 a.m.

-----------------------------------X

        ORDER EXPUNGING PROOF OF CLAIM

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 26, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Nuzhet Khan
Case No. 24-13523-RG
Caption:  ORDER EXPUNGING PROOF OF CLAIM

---

This matter having come before the Court upon the debtor's Notice of Motion for an Order expunging proof of claim, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the proof of claim number 2-1 in the amount of $771.15 submitted by Midland Credit Management, Inc., which was stamped "filed" on the PACER docket system on May 22, 2024, is hereby disallowed and expunged with prejudice.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-13523-RG |
| Nuzhet Khan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Jul 26, 2024    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nuzhet Khan, 591 Summit Avenue, Suite 605B, Jersey City, NJ 07306-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Nicholas Fitzgerald | on behalf of Debtor Nuzhet Khan fitz2law@gmail.com nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Jul 26, 2024     Form ID: pdf903     Total Noticed: 1
TOTAL: 6