UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH: (201) 533-1100
Email: NickFitz.Law@gmail.com

Case No.: 24-13523
Chapter: 13

In Re:
Nuzhet Khan

Adv. No.:
Hearing Date:
Judge: GAMBARDELLA

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Nuzhet Khan__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __July 29, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Expunging Proof of Claim #4 submitted by American InfoSource as Agent for Verizon

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 29, 2024

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __ECF__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nuzhet Khan<br>591 Summit Avenue<br>Suite 605B NJ Reentry<br>Jersey City, NJ 07306 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American InfoSource as Agent for Verizon<br>4515 N. Santa Fe Avenue<br>Oklahoma, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Blake Hogan, President or Chief Executive Officer<br>American InfoSource Inc.<br>5847 San Felipe Street<br>Suite 1200<br>Houston, TX 77057 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |