Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−13523−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Nuzhet Khan
 591 Summit Avenue, Suite 605B
 Jersey City, NJ 07306

Social Security No.:
 xxx−xx−2086

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on July 31, 2024, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 49 − 33
Order Granting Motion To Modify Claims re: Bank of America. (Related Doc # 33). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/29/2024. (car)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 31, 2024
JAN: car

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-13523-RG |
| Nuzhet Khan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 31, 2024 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nuzhet Khan, 591 Summit Avenue, Suite 605B, Jersey City, NJ 07306-2709 |
| aty | + | Michael S. Ackerman, Law Office of Michael S. Ackerman, Waterview Plaza, 2001 Route 46 Suite 310, Parsippany, NJ 07054-1315 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Nicholas Fitzgerald | on behalf of Debtor Nuzhet Khan fitz2law@gmail.com nadiafinancial@gmail.com |
| U.S. Trustee | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 31, 2024 | Form ID: orderntc | Total Noticed: 2

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6