Page 1

_____NF/6129  
Nicholas Fitzgerald, Esq.  
Fitzgerald & Associates, P.C.  
649 Newark Avenue  
Jersey City, NJ 07306-2303  
Email: nickfitz.law@gmail.com  
Phone: (201) 533-1100  
Attorney for Debtor

Order Filed on July 29, 2024  
by Clerk  
U.S. Bankruptcy Court  
District of New Jersey

United States Bankruptcy Court  
District of New Jersey  
----------------------------------X  
In Re:  
    Nuzhet Khan                       Chapter 13  
                                      Case No. 24-13523-RG

          Debtor                    Hearing Date: 7/17/24  
                                                         10:00 a.m.

----------------------------------X

           **ORDER EXPUNGING PROOF OF CLAIM**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 29, 2024**

Honorable Rosemary Gambardella  
United States Bankruptcy Judge

**Page 2**
Debtor: Nuzhet Khan
Case No. 24-13523-RG
Caption: ORDER EXPUNGING PROOF OF CLAIM

------------------------------------------------------------

This matter having come before the Court upon the debtor's Notice of Motion for an Order expunging proof of claim, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the proof of claim number 1-1 in the amount of $1,155.94 submitted by LVNV Funding, LLC, which was stamped "filed" on the PACER docket system on April 11, 2024, is hereby disallowed and expunged with prejudice.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-13523-RG |
| Nuzhet Khan | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 31, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nuzhet Khan, 591 Summit Avenue, Suite 605B, Jersey City, NJ 07306-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 02, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Nicholas Fitzgerald | on behalf of Debtor Nuzhet Khan fitz2law@gmail.com  nadiafinancial@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                               User: admin                                    Page 2 of 2
Date Rcvd: Jul 31, 2024                            Form ID: pdf903                                Total Noticed: 1
TOTAL: 6