B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Nuzhet Khan_____,          Case No. 24-13523_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Madison Management Services, LLC                Garden State Prominent Realty, LLC

_____          _____
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): ____5-1____
should be sent:                                       Amount of Claim: ____$176,060.48____
Madison Management Services, LLC              Date Claim Filed: ____06/04/2024____
4600 Kietzke Ln Suite K-225
Reno, NV 89502

Phone: _877-563-4164_____          Phone: _(201) 936-6105_____
Last Four Digits of Acct #: _____6711_____          Last Four Digits of Acct. #: ____6711____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /S/ Kevin J Cordell_____          Date:_09/22/2024_____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.