FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:   NUZHET KHAN
      591 SUMMIT AVENUE, SUITE 605B
      JERSEY CITY,  NJ  07306

Atty:   FITZGERALD & ASSOCIATES PC
        649 NEWARK AVE
        JERSEY CITY, NJ  07306

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 24-13523

### RECEIPTS AS OF 01/01/2025          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/29/2024 | $2,874.00 | 9106656022 | 06/14/2024 | $1,000.00 | |
| 06/14/2024 | $1,874.00 | | 06/17/2024 | $2,874.00 | 9106692294 |
| 07/23/2024 | $2,874.00 | 9106789212 | 08/26/2024 | $3,290.00 | 9106832505 |
| 09/25/2024 | $3,290.00 | 9106832684 | 10/16/2024 | $3,290.00 | 9106869187 |
| 11/26/2024 | $3,290.00 | 9106912416 | | | |

**Total Receipts: $24,656.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $24,656.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025          (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| GARDEN STATE PROMINENT REALTY, LLC | | | | | | | |
| | 08/19/2024 | $8,412.54 | 932,123 | | 09/16/2024 | $3,125.50 | 933,564 |
| MADISON MANAGEMENT SERVICES LLC | | | | | | | |
| | 10/21/2024 | $3,125.50 | 935,095 | | 11/18/2024 | $3,092.60 | 936,550 |
| | 12/16/2024 | $3,092.60 | 937,942 | | | | |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,754.66 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,250.00 | 100.00% | 2,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | MADISON MANAGEMENT SERVICES LLC | (NEW) Prepetition A | 176,060.48 | 100.00% | 20,848.74 | 155,211.74 |
| 0012 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 8,954.30 | 100.00% | 0.00 | 8,954.30 |

**Chapter 13 Case # 24-13523**

**Total Paid:  $24,853.40**

See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $24,656.00          -       Paid to Claims: $20,848.74       -       Admin Costs Paid: $4,004.66    =    Funds on Hand: $3,092.60

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.