**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

**IN RE:**
**Nuzhet Khan**

            **DEBTOR**

**CASE NO.  24-13523-RG**
**CHAPTER 13**

**WITHDRAWAL OF PROOF OF CLAIM # 3-1**

     PNC Bank, National Association ("Movant"), by and through its legal counsel, hereby withdraws its PROOF OF CLAIM # 3-1 filed on May 30, 2024.

This 10th day of February, 2025.

                          */s/Matthew Fissel*
                          Matthew Fissel, NJ Bar No. 038152012
                          Andrew Spivack, NJ Bar No. 018141999
                          Jay Jones, NJ Bar No. 972011
                          Attorney for Creditor
                          BROCK & SCOTT, PLLC
                          3825 Forrestgate Drive
                          Winston Salem, NC 27103
                          Telephone: (844) 856-6646
                          Facsimile: (704) 369-0760
                          E-Mail: NJBKR@brockandscott.com

24-17875 BKOBJ01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-17875 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for PNC Bank, National Association

| In Re:<br><br>Nuzhet Khan | Case No:  24-13523-RG<br><br>Hearing Date: August 21, 2024<br><br>Judge:  ROSEMARY GAMBARDELLA<br><br>Chapter:  13 |
|---|---|

## CERTIFICATION OF SERVICE

1.      I, Aimee SooSoo:

☐ represent _____ in this matter.

☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents PNC Bank, National Association in this matter.

☐ am the _____ in this case and am representing myself.

2.      On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Withdrawal of Proof of Claim # 3-1

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:   February 10, 2025 _____        /s/ _Aimee SooSoo_____
                                                              Aimee SooSoo


| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|

24-17875 BKOBJ01

| | | |
|---|---|---|
| Nuzhet Khan<br>591 Summit Avenue, Suite 605B<br>Jersey City, NJ 07306 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐<br>Other_____<br>  (as authorized by the court *) |
| NICHOLAS FITZGERALD<br>649 NEWARK AVENUE<br>JERSEY CITY, NJ 07306 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐<br>Other_____<br>  (as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐<br>Other_____<br>  (as authorized by the court *) |
| Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR |

24-17875 BKOBJ01

| | | ☐ E-mail |
| | | ☒ Notice of Electronic Filing (NEF) |
| | | ☐<br>Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

24-17875 BKOBJ01