UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq. NF6129
649 Newark Avenue
Jersey City, NJ 07306
Phone (201) 533-1100
Email: Nickfitz.law@gmail.com
Counsel for Debtor

In Re:

Nuzhet Khan

Case No.: 24-13523

Chapter: 13

Hearing Date: 

Judge: R. GAMBARDELLA

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: Docket Entry No. 23 -- Motion to Expunge Claims of PNC Bank

Date: 2/11/2025

Signature

*rev.8/1/15*