UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
PH (201) 533-1100
Email: NickFitz.Law@gmail.com

Case No.: 24-13523
Chapter: 13

In Re:
Nuzhet Khan

Adv. No.:
Hearing Date:
Judge: Hall

## CERTIFICATION OF SERVICE

1. I, Nadia Loftin:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Nicholas Fitzgerald Esq., who represents Nuzhet Khan in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On May 15, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Authorizing Retention of Mina Youssef of Cornerstone Home Realty

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 15, 2025

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nuzhet Khan<br>591 Summit Avenue, Suite 605B<br>Jersey City, NJ 07306 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mina Youssef<br>Cornerstone Home Realty<br>179 Broadway<br>Bayonne, NJ 07002 | Real Estate Listing Broker | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Madison Management Services LLC<br>4600 Kietzke Lane<br>Suite K-225<br>Reno, NV 89502 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |