| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Nicholas Fitzgerald, Esq./NF6129<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>PH (201) 533-1100<br>Email: NickFitz.Law@gmail.com<br><br>In Re:<br>Nuzhet Khan | Case No.: 24-13523<br>Chapter: 13<br>Adv. No.:<br>Hearing Date:<br>Judge: TBA |

## CERTIFICATION OF SERVICE

1. I, __Nadia Loftin__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Nicholas Fitzgerald, Esq.__, who represents __Nuzhet Khan__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __October 17, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Modified Chapter 13 Plan - - After Confirmation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 17, 2025

Signature: /s/

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nuzhet Khan<br>591 Summit Avenue, Suite 605B<br>Jersey City, NJ 07306 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael S. Ackerman, Esq.<br>Law Office of Michael S. Ackerman<br>Waterview Plaza<br>2001 Route 46, Suite 310<br>Parsippany NJ 07054<br>Attorney for Garden State Prominent Realty, LLC | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Attorneys for PNC BANK, NATIONAL ASSOCIATION | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brock and Scott, PLLC<br>Attorneys at Law<br>3825 Forrestgate Dr.<br>Winston-Salem, NC 27103<br>Attorneys for PNC Bank, National Association | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

NICHOLAS FITZGERALD
*Admitted in NY and NJ

**FITZGERALD & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
649 NEWARK AVENUE
JERSEY CITY, NJ 07306

Telephone (201) 533-1100
Email: NickFitz.Law@gmail.com

NEW YORK OFFICE
521 FIFTH AVENUE, SUITE 3010
NEW YORK, NY 10175
1800 828 7763

24-13523-TBA Nuzhet Khan

# Creditors

**Bank of America, N.A.**
PO Box 673033
Dallas, TX 75267-3033

**Bk Of Amer**
P O Box 982236
El Paso, TX 79998

**Celtic Bank**
4550 New Linden HIll Road
Wilmington, DE 19808

**Garden State Prominent Realty**
1725 John F. Kennedy Blvd #
Jersey City, NJ 07305

**Garden State Prominent Realty, LLC**
Michael S. Ackerman, Esq.
Law Offices of Michael S. Ackerman
Waterview Plaza, 2001 Route 46, Suite 310
Parsippany, NJ 07054

**Jpmcb Card**
201 N Walnut St
Wilmington, DE 19801

**Jpmcb Card**
301 N Walnut St, Floor 09
Wilmington, DE 19801

**Law Office of Michael S. Ackerman, LLC**
2001 Route 46
Suite 310
Parsippany, NJ 07054

**LVNV Funding**
P.O. Box 10584
Greenville, SC 29603

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Madison Management Services, LLC**
4600 Kietzke Lane
Suite K-225
Reno, NV 89502

**Mdsmgmt**
126 Route 10
Succasunna, NJ 07876

**MDSMgnt / Garden State Prominent Realty**
Law Office of Michael S. Ackerman, LLC
2001 Route 46
Parsippany, NJ 07054

**Midland Credit Management**
16 McLeland Rd
Saint Cloud, MN 56303

**Midland Credit Management, Inc.**
PO Box 2037
Warren, MI 48090

**PNC Bank NA**
Bankruptcy Department
PO BOX 94982
Cleveland, OH 44101

**PNC Bank, National Association,**
c/o Brock and Scott, PLLC Attorneys
3825 Forrestgate Dr.
Winston-Salem, NC 27103

**Verizon**
500 Technology Dr
Weldon Spring, MO 63304

**Verizon**
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118