B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Nuzhet Khan                                                   Case No.  24-13523-TBA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Garden State Prominent Realty, LLC | Madison Management Services, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Garden State Prominent Realty, LLC
1637 John F. Kennedy Blvd
Jersey City, NJ 07305

Phone:  201-451-4500
Last Four Digits of Acct #:   6711

Court Claim # (if known): 5-1

Amount of Claim: $ 176,060.48 *

Date Claim Filed: 06/04/2024

Phone: 877-563-4164
Last Four Digits of Acct. #:   6711

Name and Address where transferee payments should be sent (if different from above):

Phone :_____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Rob Saltzman_____        Date:   November 12, 2025_____
        Transferee/Transferee's Agent

* An Amended Proof of Claim will shortly be filed including the total amount due.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROB SALTZMAN, ESQUIRE
PLUESE, BECKER, SALTZMAN &
THOMAS, LLC
Attorneys at Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ  08054
(856) 813-1700
Attorneys for the Mortgagee

In Re:

Nuzhet Khan

| | |
|---|---|
| Case No.: | 24-13523-TBA |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Mark E Hall |

## CERTIFICATION OF SERVICE

1.  I, _____Debra Callahan_____ :

  ☐ represent _____ in this matter.

  ☒ am the secretary/paralegal for _____Rob Saltzman_____, who represents
    _____the Mortgagee_____ in this matter.

  ☐ am the _____ in this case and am representing myself.

2.  On _____November 12, 2025_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

  Transfer of Claim
  Certification of Service

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  _____November 12, 2025_____

/s/ Debra Callahan
_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Nicholas Fitzgerald, Esquire<br>649 Newark Avenue<br>Jersey City, NJ 07306 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg, Esquire<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nuzhet Khan<br>591 Summit Avenue, Suite 605B<br>Jersey City, NJ 07306<br><br>142 Romaine Avenue<br>Jersey City, NJ 07306 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*