| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, New Jersey 07004-1550**<br>**(973) 227-2840**<br>**Chapter 13 Standing Trustee** |
| In Re:<br><br>NUZHET KHAN |

Case No.: 24-13523

Adv. No.:

Hearing Date: Not Yet Scheduled

Judge: TBA

## AMENDED CERTIFICATION OF SERVICE

1. I, Rosa Sannazzaro, am an Administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On 12/15/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

**TRUSTEE'S OBJECTION TO DEBTOR(S) APPLICATION FOR RETENTION OF PROFESSIONAL**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Attorney for Debtor(s):
FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ 07306
**Mode of Service: Notice of Electronic Filing (NEF)**
Unless non-ECF Attorney then Postage prepaid first class U.S. mail.

ARTHUR KAUFMAN
COLDWELL BANKER REALTY
142 NEWARK AVE.
JERSEY CITY, NJ 07302
**Mode of Service: Regular Mail**

Dated: December 15, 2025      By: /S/ Rosa Sannazzaro_____
                                              Rosa Sannazzaro