Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−13523−TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nuzhet Khan
  591 Summit Avenue, Suite 605B
  Jersey City, NJ 07306

Social Security No.:
  xxx−xx−2086

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/7/26 at 10:00 AM

to consider and act upon the following:

*86* − Application For Retention of Professional Arthur Kaufman as Real Estate Agent Filed by Nicholas Fitzgerald on behalf of Nuzhet Khan. Objection deadline is 12/18/2025. (Attachments: # 1 Certification of Professional in Support # 2 Certification of Service # 3 Proposed Order) (Fitzgerald, Nicholas)

*88* − Objection to Application for Retention of Professional (related document:86 Application For Retention of Professional Arthur Kaufman as Real Estate Agent Filed by Nicholas Fitzgerald on behalf of Nuzhet Khan. Objection deadline is 12/18/2025. (Attachments: # 1 Certification of Professional in Support # 2 Certification of Service # 3 Proposed Order) filed by Debtor Nuzhet Khan) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 12/15/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court