**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on January 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nuzhet Khan

Case No.: 24-13523

Hearing Date: January 7, 2026

Judge: TBA

Chapter: 13

Recommended Local Form: ☐ Followed  ☒ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
Motion to Withdraw as Attorney

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 9, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

A motion or application having been filed on _____December 12_____, 20 25  by _Nicholas Fitzgerald_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*