UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on January 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nuzhet Khan

| | |
|---|---|
| Case No.: | 24-13523 |
| Hearing Date: | January 7, 2026 |
| Judge: | TBA |
| Chapter: | 13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
_____Motion to Withdraw as Attorney_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 9, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

      A motion or application having been filed on     December 12    , 20 25  by Nicholas Fitzgerald    for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Nuzhet Khan  
    Debtor

Case No. 24-13523-TBA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 13, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nuzhet Khan, 591 Summit Avenue, Suite 605B, Jersey City, NJ 07306-2709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Nuzhet Khan fitz2law@gmail.com nadiafinancial@gmail.com |
| Robert P. Saltzman | |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Garden State Prominent Realty LLC dnj@pbslaw.org

Stuart H. West

on behalf of Creditor Garden State Prominent Realty LLC swest@pbslaw.org

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8