FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306

Re:  NUZHET KHAN
     591 SUMMIT AVENUE, SUITE 605B
     JERSEY CITY,  NJ  07306

Atty:  FITZGERALD & ASSOCIATES PC
     649 NEWARK AVE
     JERSEY CITY, NJ  07306

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 24-13523

### RECEIPTS AS OF 01/15/2026     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/29/2024 | $2,874.00 | 9106656022 | 06/14/2024 | $1,000.00 | |
| 06/14/2024 | $1,874.00 | | 06/17/2024 | $2,874.00 | 9106692294 |
| 07/23/2024 | $2,874.00 | 9106789212 | 08/26/2024 | $3,290.00 | 9106832505 |
| 09/25/2024 | $3,290.00 | 9106832684 | 10/16/2024 | $3,290.00 | 9106869187 |
| 11/26/2024 | $3,290.00 | 9106912416 | 01/03/2025 | $3,290.00 | 9106960890 |
| 01/30/2025 | $3,290.00 | 9106985326 | 02/26/2025 | $3,290.00 | 9107009675 |
| 03/25/2025 | $3,290.00 | 9107044251 | 04/28/2025 | $3,290.00 | 9107076842 |
| 05/27/2025 | $3,290.00 | 9107122703 | 06/27/2025 | $3,290.00 | 9107087551 |
| 07/29/2025 | $3,290.00 | 9107186249 | 08/29/2025 | $3,290.00 | 9107223508 |
| 09/29/2025 | $3,290.00 | 9107328362 | 10/28/2025 | $50.00 | 38169951693 |
| 11/25/2025 | $50.00 | 55056607312 | 12/23/2025 | $50.00 | 65517 |

**Total Receipts: $57,706.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $57,706.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| GARDEN STATE PROMINENT REALTY LLC | | | | | | |
| | 11/17/2025 | $47.00 | 953,134 | 12/15/2025 | $47.00 | 954,540 |
| | 01/12/2026 | $47.00 | 955,962 | | | |
| GARDEN STATE PROMINENT REALTY, LLC | | | | | | |
| | 08/19/2024 | $8,412.54 | 932,123 | 09/16/2024 | $3,125.50 | 933,564 |
| MADISON MANAGEMENT SERVICES LLC | | | | | | |
| | 10/21/2024 | $3,125.50 | 935,095 | 11/18/2024 | $3,092.60 | 936,550 |
| | 12/16/2024 | $3,092.60 | 937,942 | 02/10/2025 | $3,092.60 | 940,715 |
| | 03/17/2025 | $6,185.20 | 942,131 | 04/14/2025 | $3,092.60 | 943,569 |
| | 06/16/2025 | $6,218.10 | 946,438 | 07/14/2025 | $3,125.50 | 947,895 |
| | 08/18/2025 | $3,125.50 | 949,250 | 09/16/2025 | $3,125.50 | 950,594 |
| | 10/20/2025 | $3,125.50 | 952,050 | | | |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 24-13523**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,375.76 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,250.00 | 100.00% | 2,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | JPMCB CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | LVNV FUNDING LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | GARDEN STATE PROMINENT REALTY LL( | (NEW) Prepetition / | 176,060.48 | 100.00% | 52,080.24 | 123,980.24 |
| 0012 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $57,706.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $57,706.00          -     Paid to Claims: $52,080.24     -     Admin Costs Paid: $5,625.76    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.