Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−13523−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nuzhet Khan
  910 Bergen Ave., Suite 217
  Jersey City, NJ 07306

Social Security No.:
  xxx−xx−2086

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/6/26 at 10:00 AM

to consider and act upon the following:

*99* – Motion to Extend Time For Other Reason re:Deadline to Sell Home Filed by Nuzhet Khan.. (rah)

Dated: 3/26/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court