ATTN: TOM / DIANE                                    3/26/26
          ADA COORDINATOR

REQUEST FOR ADA ASSISTANCE

FOR HEARING TO BE SCHEDULED

FOR DR. NUZHET KHAN

FOR: MEET AT ENTRANCE TO
GUIDE / HOLD DOORS / TO COURTROOM

MOTION / HEARING: CASE 24-13523 MEH
TBD

   JUDGE: HALL

   CHAPTER: 13

   EMAIL: TRUE4GOALN)@GMAIL.COM
   PHONE: 404-654-3980 (MOBILE)
   [PREFERRED CONTACT: EMAIL]


   3/26/26                          [signature]
   ——————                          ——————————
     DATE                             SIGNATURE