Case 24-13523-MEH

April 15, 2026

REQUEST ADJOURNMENT OF

APPEARANCE SCHEDULED ON

5/6/26 FOR: POST 6/1/26

1) RELIGOUS ACCOMMODATIONS

(HAJJ)

2) MOBILITY (ADA) ASSISTANCE ~

HAVE LIMITED MOBILITY AND REQUIRE

TRANSPORTATION ARRANGEMENTS

3) ADA ASSISTANCE DAY OF

HEARING (ENTERING /EXITING BUILDING,

PARKING HANDICAP SPACE ETC)

DEBTOR : NUZHET KHAN