**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

NUZHET KHAN,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  24-13523 MEH

## NOTICE OF RESERVE ON CLAIM

Creditor:          GARDEN STATE PROMINENT REALTY LLC
Trustee Claim #:    9
Court Claim #:      5
Claimed Amount:    $158,344.40
Date Claim Filed:  01/23/2026

Please be advised that a reserve has been placed on the above named claim for the following reason:

- ■ The creditor is not cashing checks issued by the Trustee.  Payments will not resume until a written request is sent by the creditor to the Trustee.  If the creditor has moved, a change of address must also be filed with the Bankruptcy Court.   The Trustee cannot change addresses unless change of address is filed with the Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  May 06, 2026

By:   /S/  Marie-Ann Greenberg
     Chapter 13 Standing Trustee

NUZHET KHAN
910 BERGEN AVE., SUITE 217
JERSEY CITY, NJ    07306

FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ    07306

PLUESE BECKER SALTZMAN & THOMAS LLC
20000 HORIZON WAY SUITE 900
MOUNT LAUREL, NJ    08054

GARDEN STATE PROMINENT REALTY LLC
1637 JOHN F KENNEDY BLVD
JERSEY CITY, NJ    07305