Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24–13523–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nuzhet Khan
   910 Bergen Ave., Suite 217
   Jersey City, NJ 07306

Social Security No.:
   xxx–xx–2086

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/3/26 at 10:00 AM

to consider and act upon the following:

*100* – Notice of Hearing for: Debtor's Motion to Extend Deadline to Sell Home (related document:99 Motion to Extend Deadline to Sell Home Filed by Debtor Nuzhet Khan). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 5/6/2026 at 10:00 AM, MEH – Courtroom 3E, Newark.. (rah)

Dated: 5/6/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court