**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

NUZHET KHAN

**Case No.:  24-13523**

**Adv. No.:**

**Hearing Date:**

**Judge:  MEH**

## CERTIFICATION OF SERVICE

1.  I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2.  On, 05/20/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
NUZHET KHAN
910 BERGEN AVE., SUITE 217
JERSEY CITY, NJ  07306
Mode of Service:  Regular Mail

Attorney for Debtor(s):
FITZGERALD & ASSOCIATES PC
649 NEWARK AVE
JERSEY CITY, NJ  07306
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  May 20, 2026

By:   /S/  Sheila Alvarado
Sheila Alvarado