UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq.
649 Newark Avenue
Jersey City, NJ 07306
Telephone (201) 533-1100
Email: Nickfitz.law@gmail.com
Telephone: (201) 533-1100
Counsel for Debtor

| In Re: | Case No.: | 24-13523 |
|--------|-----------|----------|
| Nuzhet Khan | Judge: | Mark E Hall |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1.  ☐ Motion for Relief from the Automatic Stay filed by _____,

creditor,

A hearing has been scheduled for _____, at _____.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☒ Certification of Default filed by _____ Marie-Ann Greenberg _____,

I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons (choose one):

☐ Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I need additional time to sell my house. Therefore, I will be amending my payment plan accordingly.

3.    This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.    I certify under penalty of perjury that the above is true.

05/26/26
Date: _____

Debtor's Signature

Date: _____

Debtor's Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*