UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on June 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

 Nuzhet Khan

| | |
|---|---|
| Case No.: | 24-13523 (MEH) |
| Hearing Date: | 6/3/2026 |
| Judge: | Mark E. Hall |
| Chapter: | 13 |

Recommended Local Form:      ❐   Followed      ❐   Modified

## ORDER DENYING MOTION OR
## APPLICATION FOR THE ENTRY OF AN ORDER
### TO EXTEND DEADLINE TO SELL HOME

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 4, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

A motion or application having been filed on _____March 26_____, 20 26  by
_Debtor, Nuzhet Khan_____ for entry of an order as set forth above, all
interested parties having been duly served, the Court having considered all of the papers
submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who
entered an appearance on this matter.

*rev. 8/1/15*