UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Nuzhet Khan

Order Filed on June 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 24-13523 (MEH) |
| Hearing Date: | 6/3/2026 |
| Judge: | Mark E. Hall |
| Chapter: | 13 |

Recommended Local Form:    ☐    Followed    ☐    Modified

# ORDER DENYING MOTION OR
## APPLICATION FOR THE ENTRY OF AN ORDER
### TO WITHDRAW AS ATTORNEY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 4, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

A motion or application having been filed on _____April 28_____, 20 26  by

__Nicholas Fitzgerald_____ for entry of an order as set forth above, all

interested parties having been duly served, the Court having considered all of the papers

submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who

entered an appearance on this matter.

*rev. 8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                  Case No. 24-13523-MEH

Nuzhet Khan                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + Nuzhet Khan, 910 Bergen Ave., Suite 217, Jersey City, NJ 07306-4314

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Andrew L. Spivack
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Marie-Ann Greenberg
     on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Matthew K. Fissel
     on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Nicholas Fitzgerald
     on behalf of Debtor Nuzhet Khan fitz2law@gmail.com  nadiafinancial@gmail.com

Robert P. Saltzman

District/off: 0312-2                                  User: admin                                          Page 2 of 2
Date Rcvd: Jun 04, 2026                              Form ID: pdf903                                 Total Noticed: 1

on behalf of Creditor Garden State Prominent Realty  LLC dnj@pbslaw.org

Stuart H. West

on behalf of Creditor Garden State Prominent Realty  LLC swest@pbslaw.org

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8