6/11/26

To Honorable Judge
and Staff :

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 JUN 11  P 5:02

Thank you for
including these
Supporting Documents
for Hearing on

2026 JUN 11  P 5:03
CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

6/17/26

Payoff in 12/25 was $397,614.$3
Now Payoff Increased after 6 more payments! $423,471.81

Case: 24-13523-MEH

Nuzhet Khan

FILED
JEANNE A. NAUGHTON, CLERK

JUN 11 2026

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY D. Clymsol DEPUTY

**CASE : 24-13523 MEH**

 Gmail



---

## Request Trustee / Judge review of Payoff Amount(s):private, privileged, confidential: Alhamdulillah

1 message

---

**DR KHAN**                                                               Wed, Jun 10, 2026 at 10:28 PM
To: "mag@magtrustee.com" <mag@magtrustee.com>, Chambers of MEH <chambers_of_meh@njb.uscourts.gov>, Chambers
of JKS <chambers_of_jks@njb.uscourts.gov>, Nathan Kaufman <NKaufman@magtrustee.com>
Cc: Megan Gritsman <megan.gritsman@njcourts.gov>

Hello,

See attached payoff amounts. The Judge and/or Trustee did not reviee this during last hearing. I have requested a Motion from Nick since December 2025.

I reiterate that request to have these Payoff reviewed as Madison Management has provided vastly different Payoff Amounts AND not provided in a timely manner. This resulted in a CASH being withdrawn because they did not provide final figures. It was a cash offer of $587,000. Jeremy Wallace, closing attorney of record, reviewed the offer and can attest to its validity.

Dr. Khan

---------- Forwarded message ----------
From: **Nuzhet Khan**
Date: Wednesday, June 10, 2026
Subject: Re: 12/18/2025: Pay-off Amount: $397,614.43 if paid by 01/31/26: private, privileged, confidential: Alhamdulillah
To: Nicholas Fitzgerald <nickfitz.law@gmail.com>, Nick Fitz <fitz2law@gmail.com>, Jeremy Wallace <jw@jeremywallacelaw.com>
Cc: Nadia Loftin <nadiafinancial@gmail.com>, Deblyn Corbin <dcorbin.fitzgeraldlaw@gmail.com>


Nick and team,

If you recall, the lender has delayed and/or provided vastly different PAYOFF amounts. Reiterate the request to have PAYOFF FIGURES REVIEWED by Judge and/or whoever is supposed to ensure these are accurate.

Nuzhet

On Tuesday, April 21, 2026, Dr. Khan wrote:

> **Nick,**
>
> **Request you <u>immediately file a Motion after the last hearing in January 2026</u>.  This was from Madison Management: Dated 12/18/2025: <u>$397,614.43.</u>**
>
> **After ADDITIONAL PAYMENTS, they're trying to charge exorbitant interest DESPITE payments being made SINCE APRIL 2024**
>
> **Dr. Khan**

**3 attachments**

**Payoff Demand 1-31-26.pdf**
932K

**Payoff Demand 5-4-26.pdf**
999K

**Payoff Demand 6-4-26.pdf**
998K



Tel: 877-563-4164
Fax: 877-563-4161
Email: info@madisonmanagement.net
Web: www.madisonmanagement.net

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 JUN 11  P 5: 03

12/12/2025

Khan
Jersey City, NJ 07306-3018
Account: 6711

## PAYOFF STATEMENT

Dear Nuzhet Khan

You are authorized to use the following amounts to payoff the above-mentioned loan.  All necessary legal documents will be forwarded to the trustee or County Recorder for Full Reconveyance or Satisfaction upon receipt of payment in full.

| Payoff Date | 01/31/2026 |
| --- | --- |
| Maturity Date | 07/01/2033 |
| Next Payment Due | 01/01/2026 |
| Interest Rate | 3.750% |
| Interest Paid-To Date | 12/01/2025 |
| Principal Balance | $393,153.02 |
| Unpaid Interest | $0.00 |
| Accrued Interest From 12/01/2025 To 01/31/2026 | $2,457.21 |
| Unpaid Late Charges | $0.00 |
| Accrued Late Charges | $0.00 |
| Unpaid Charges   *For additional details see itemization attached | $1,779.20 |
| Prepayment Penalty | $0.00 |
| Other Fees *For additional details see itemization attached | $225.00 |
| **Payoff Amount** | **$397,614.43** |

Please add **$40.95** for each additional day past **01/31/2026**.

**PLEASE CALL TO VERIFY PAYOFF AMOUNT AND FEES DUE, PRIOR TO ISSUING PAYMENTS.**

This payoff statement will be of no force and effect, and the above figures may not be relied upon, after the Payoff Quote Expiration Date. We reserve the right to amend this statement should any changes occur that would increase the total amount for payoff.  **Please note that this payoff statement expires on 02/01/2026**, at which time you are instructed to contact this office for additional instructions (FORWARDING FEES ARE DUE EVEN UPON CANCELLATION OF YOUR ESCROW).

All payoffs made pursuant to a payoff statement expiring on a date which is a Saturday, Sunday or federal holiday must be made on or before the business day immediately preceding such expiration date in order to be credited timely.  Delivery of funds on a subsequent business day will not be accepted and may cause a shortage in the payoff amount.

For amortized loans, all monthly interest calculations must be made using a thirty (30) day calendar month and a three hundred sixty (360) day calendar year. For Interest only loans, Interest calculations for any one (1) month must be based on the actual days and a three hundred sixty-five (365) day year.  Interest must be remitted THROUGH the date such funds are received by **Madison Management Services, LLC**

Make disbursement check payable to: **Madison Management Services, LLC**
**4600 KIETZKE LN, STE K225, RENO, NV 89502**

**(ONLY CERTIFIED FUNDS, WIRE TRANSFER OR A TITLE COMPANY CHECK WILL BE ACCEPTED)**

4600 Kietzke Lane, Ste K-225, Reno, NV 89502

This communication is from a debt collector but does not imply that Madison Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended solely for informational purposes and does not constitute a demand for payment. North Carolina Collection Agency Permit # 119505312.



Tel: 877-563-4164
Fax: 877-563-4161
Email: info@madisonmanagement.net
Web: www.madisonmanagement.net

04/14/2026

Khan
010 Bergen Ave, Suite 210
Jersey City, NJ 07306
Account: 0002006711

## PAYOFF STATEMENT

Dear Nuzhet Khan

You are authorized to use the following amounts to payoff the above-mentioned loan.  All necessary legal documents will be forwarded to the trustee or County Recorder for Full Reconveyance or Satisfaction upon receipt of payment in full.

| Payoff Date | 05/04/2026 |
|---|---|
| Maturity Date | 07/01/2033 |
| Next Payment Due | 11/01/2023 |
| Interest Rate | 3.750% |
| Interest Paid-To Date | 10/01/2023 |
| Principal Balance | $383,790.45 |
| Unpaid Interest | $0.00 |
| Accrued Interest From 10/01/2023 To 05/04/2026 | $37,677.16 |
| Unpaid Late Charges | $0.00 |
| Accrued Late Charges | $0.00 |
| Unpaid Charges   *For additional details see itemization attached | $1,779.20 |
| Prepayment Penalty | $0.00 |
| Other Fees *For additional details see itemization attached | $225.00 |
| **Payoff Amount** | **$423,471.81** |

Please add **$39.98** for each additional day past **05/04/2026**.

**PLEASE CALL TO VERIFY PAYOFF AMOUNT AND FEES DUE, PRIOR TO ISSUING PAYMENTS.**

This payoff statement will be of no force and effect, and the above figures may not be relied upon, after the Payoff Quote Expiration Date. We reserve the right to amend this statement should any changes occur that would increase the total amount for payoff.  **Please note that this payoff statement expires on 05/05/2026**, at which time you are instructed to contact this office for additional instructions (FORWARDING FEES ARE DUE EVEN UPON CANCELLATION OF YOUR ESCROW).

All payoffs made pursuant to a payoff statement expiring on a date which is a Saturday, Sunday or federal holiday must be made on or before the business day immediately preceding such expiration date in order to be credited timely.  Delivery of funds on a subsequent business day will not be accepted and may cause a shortage in the payoff amount.

For amortized loans, all monthly interest calculations must be made using a thirty (30) day calendar month and a three hundred sixty (360) day calendar year. For Interest only loans, Interest calculations for any one (1) month must be based on the actual days and a three hundred sixty-five (365) day year.  Interest must be remitted THROUGH the date such funds are received by **Madison Management Services, LLC**

Make disbursement check payable to: **Madison Management Services, LLC**
**4600 KIETZKE LN, STE K225, RENO, NV 89502**

**(ONLY CERTIFIED FUNDS, WIRE TRANSFER OR A TITLE COMPANY CHECK WILL BE ACCEPTED)**

4600 Kietzke Lane, Ste K-225, Reno, NV 89502

This communication is from a debt collector but does not imply that Madison Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended solely for informational purposes and does not constitute a demand for payment. North Carolina Collection Agency Permit # 119505312.

| line | Item Description | Item Details 1 | Item Details 2 |
|---|---|---|---|
| 1 | Loan First Payment Due | 7/1/2018 | 489,300.0000 |
| 2 | Loan Maturity (15 yr fixed at 3.75%) | 7/1/2033 | |
| 3 | Principal as of 9/1/2020 according to Madison Management | | 442,324.4600 |
| 4 | Balance provided by Madison Management on 12/18/2025 | | 393,153.0200 |
| 5 | principal paid for month of 1/1/2026 | | 2,266.1100 |
| 6 | interest paid for month of 1/1/2026 | | 1,292.1900 |
| 7 | | | 3,558.3000 |
| 8 | Amount provided by Madison Management (393,153.02) minus May 2026 payment of $3558.3 | | 389,594.7200 |
| 9 | Expected month of payoff | 5/1/2026 | |
| 10 | Expected month of payoff month end | 5/31/2026 | |
| 11 | | | |
| 12 | Number of days between 5/1/2026 and 5/31/2026 | | 30.0000 |
| 13 | | | |
| 14 | **Mortgage Rate** | **3.75** | 0.0375 |
| 15 | | | |
| 16 | daily interest rate = .0375 / 365 days in a year | 0.0103 | 0.0001 |
| 17 | | | |
| 18 | Balance minus Payment of $3558.30 mailed by Nuzhet Khan prior to 5/1/2026 | | 389,594.7200 |
| 19 | Daily interest Dollar Amount | | 40.3924 |
| 20 | Future Accrued Interest from 5/1/2026 to 5/31/2026 i.e. 31 days = (389,594.72 * .0001 * 30 days) | | 1,200.8056 |
| 21 | | | |
| 22 | Balance plus interest from 5/1/2026 to 5/31/2026 | | 390,795.5256 |
| 23 | | | |
| 24 | Balance given in Reinstatement Letter from Madison Management dated 8/8/2023 | | 442,324.4600 |
| 25 | | | |
| 26 | **Mortgage Rate of 3.75% initiated in 2018 for 15 year fixed mortgage** | | |
| 27 | | | |
| 28 | **Number of Payments Made (Months) since Bankruptcy filing on 4/3/2024 i.e. 1st payment 5/1/2024** | | 27.0000 |
| 29 | **Amount paid per month: $3558.30 = ~$2266.11 principal + ~1292.19 interest** | | 3,558.3000 |
| 30 | | | |
| 31 | **Mortgage Payments made from 5/1/2024 to 1/1/2026 = (3558.3 * 25 payments)** | | 96,074.1000 |
| 32 | | | |
| 33 | **Payments made to Trustee from 5/1/2024 to 1/1/2026 (3 at $2874, 13 at $3290, 7 at $50 once switched to "Sell")** | | 54,616.0000 |
| 34 | | | |
| 35 | **Total Payments Made by Nuzhet Khan to Mortgage and Trustee** | | **150,690.1000** |
| 36 | AS OF 2/1/26 | | |
| 37 | **Original balance as of 9/1/2020 minus $88957.5 made through 5/1/2026** | | 346,250.3600 |
| 38 | | | |
| 39 | **Balance provided by Madison Management on 12/18/2025** | | 393,153.0200 |
| 40 | | | |
| 41 | **Payoff provided by Madison Management o 04/14/2026** | | 423,471.8100 |
| 42 | | | |
| 43 | **1098 provided by Madison Management on 1/13/2026** | | 424,724.5600 |

PRIVATE, PRIVILEGED, CONFIDENTIAL (R) ™ (C) (P) PATENT(S) 2020

If found, contact **Dr. Muslim**: @ 1hendeca@gmail.com      printed: 4/23/2026

| | | |
|---|---|---|
| DISCREPANCY between figures provided by Madison Management on 1098 versus 12/18/25 | | -31,571.5400 |
| | | |
| 12/18/2025 versus 1098 and original mortgage amount = 393153.02 minus 346250.36 | | -46,902.6600 |
| | | |
| -31571.54 <-- Discrepancy from Madison Management amount provided on 12/18/2025 versus 1098 | | -31,571.5400 |
| | | |
| Payment to Attorney Nicholas Fitzgerald | | 5,159.0000 |
| | | |
| Cashier's Check Fee ($10 per check) = $10 * 25 payments | | 250.0000 |
| Postage ($5.38 for mailing receipt * 25 mailings) | | 134.5000 |
| Transportation (Closing Attorney, Document Delivery, etc.) | | 1,250.0000 |
| Document Fees (scanning, document storage, etc.) | | 2,500.0000 |
| | | |
| Total Paid in Miscellaneous Expenses by Nuzhet Khan | | 4,134.5000 |
| | | |
| Property Taxes (annual, assessment in 2025) | | 14,101.0000 |
| | | |
| Property Utilities (gas, water, electric, home repairs, snow removal, leaf removal, landscaping, etc.) | | 36,200.0000 |
| | | |
| Total Payments: Mortgage, Trustee, Property Tax, Attorney(s), Maintenance, and Miscellaneous | | 210,284.6000 |
| | | |
| PRIVATE, PRIVILEGED, CONFIDENTIAL (R) ™ (C) (P) PATENT(S) 2026 | | |
| | | |
| | | |
| printed: 04/23/2026 | | |
| | | |
| pg 2 of 2 | | |
| | | |
| | | |

If found, contact **Dr. Muslim:** @ 1hendeca@gmail.com

PRIVATE, PRIVILEGED, CONFIDENTIAL (R) ™ (C) (P) PATENT(S) 2026

N. KHAN
910 BERGLINT AVE
#217
JERSEY CITY, NJ 07306

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 JUN 11  P 5:03

XRAYED

BANKRUPTCY COURT
50 WALNUT ST
NEWARK, NJ 07102
CASE: 24-13523 MEH
ATTN CLERK: MARIA FIGUEIRA