PRIVATE PRIVILEGED & CONFIDENTIAL: KHAN ® Copyright © & Trademark ™ & Patents Pending 2026

بسم الله الرحمٰن الرحيم

June 17, 2026

## RE: Letter to Court: Request Advance Notice for All Hearings

Assalaam alaikum and hello **Honorable Judge Hall,**

Thank you for considering my request. There are several concerning matters that I would like to bring to the Court's attention. The main issues: **Creditor moving the goal post constantly and Attorney Fitzgerald failing to communicate properly.**

## Details:

1) Exorbitant fees tacked onto pay-off amount. In January 2026, mortgage statement provided by Creditor showed outstanding principal less than **$390,823 USD.**

2) After six (6) additional payments made, the pay-off amount **INCREASED to $423,471.81 USD**. This is an increase of **$32, 648.49 USD.**

3) While I am represented by an attorney, there have been many challenges with that representation. I have not been properly notified of upcoming hearings on several occasions. After Attorney filed a motion for relief as counsel, I contacted over twelve (12) Attorneys with expertise and tenure.

4) All twelve refused to take on the case citing Attorney Fitzgerald's subpar reputation within the community. One attorney flat out stated, "I'm not going to fix his mess." Another **accepted the retainer** and then **promptly refunded** once he reviewed the case. He said it would be like trying to clean up a Superfund Toxic dump site.

5) Therefore, Attorney Fitzgerald and I are stuck together. It is more to my detriment than his because I stand to lose over $200,000 in Equity.

6) **Discrimination based on religion and/or gender and/or race and/or sexual orientation by the Court.**

   A) I also strongly object to the calling of the retention of Attorney Fitzgerald as **"Indentured Servitude"** as the Court stated during hearing on **06/03/2026.**

   B) This language is problematic on many levels including, and not limited to: **Attorney Fitzgerald being paid for his time.** He is not working for free. He was overcompensated, in my opinion, for barely any work.

   C) I am a single visibly Muslim woman.

   D) All others in Court have been males and those that could identify as White. This is the case in ALL of the proceedings I have attended. Meaning, I have not seen any other single, visibly Muslim women who do not identify as White.

   E) Attorney Fitzgerald self-identified white Christian male.

   F) **I strongly object to "Indentured Servitude" used by the Court.**

PRIVATE PRIVILEGED & CONFIDENTIAL: KHAN ® © ™ (P) 2026

PRIVATE PRIVILEGED & CONFIDENTIAL: KHAN. Copyright © & Trademark ™ & Patents Pending 2026

G) I strongly object to being put in the same classification of those who historically owned other humans and listed humans along with their other property (e.g. 1 Tractor 1, Black Male (strong).

H) Words matter. In the current vitriolic politically climate, it is disappointing that the Court decided to casually use such a **charged** term. It was and remains hurtful.

I) Request that the Court recognize the harm it caused with this language and refrain from directing this type of animosity towards me.

J) I literally wear my faith on my head. This makes me extremely **visible, vulnerable and a target**. I would appreciate if the Court were more mindful of this in the future when addressing me.

7) **Discrimination based on religion and/or gender and/or race and/or sexual orientation by Attorney Fitzgerald and Trustee.**

A) When reviewing my request for Adjournment for the hearing on **05/06/2026**, Attorney Fitzgerald said: "Why did you put religious accommodation on here? I know a Muslim. There is no Muslim holiday right now. Kaufman googled it. We were laughing about it."

B) Per above, neither Attorney Fitzgerald nor Trustee should speak to anyone else's practice of their religion. Last census counted over $2 Billion Muslims. Yet Attorney Fitzgerald and Trustee Kaufman, not identifying as Muslim, decided they knew better than the practicing Muslim woman.

C) Request the Court direct all parties to focus on their area of expertise, bankruptcy, and not dictate religious guidelines or mock my religious practices.

8) **I have never missed a payment and am extremely anxious about my case being dismissed.** Reiterating that I have over **$200,000 USD in equity.**

9) Recently obtained new employment. While relieved to be employed, have not yet accrued any vacation days. Thus, I have much less flexibility to attend hearings and especially at short notice.

10) **Creditor does not respond to requests for information in a timely manner.**

A) After successfully marketing the property online, Dr. Khan received a **viable cash offer on 11/2025** for **$587,000 USD**.

B) Dr. Khan requested Pay Off Amount from Creditor to determine threshold for accepting offer.

C) Creditor did NOT provide Pay Off Amount until January 2026. Meaning over 60 days after requested.

D) Offer was of course rescinded by then. Most offers expire within 72 hours.

E) It is against Federal Mandates for Residential Mortgage Companies to take longer than sixty (60) days to respond to a Pay Off Request.

F) It is common knowledge that time is money. Creditor intentionally sabotaged my ability to successfully sell the property.

G) Had the Creditor responded in a timely manner, I could have made a decision on whether or not to accept the Cash Offer.

PRIVATE PRIVILEGED & CONFIDENTIAL: KHAN ® © ™ (P) 2026

PRIVATE PRIVILEGED & CONFIDENTIAL: KHAN: Copyright © & Trademark™ & Patents Pending 2026

H) Creditor continues to stall, provide wildly inaccurate figures, and demand "automatic dismissals" in an attempt to abscond with funds.

11) **Creditor is not a mortgage company. Creditor is using this loophole to avoid** following the strict guidelines set forth by the **NJ Department of Banking and Insurance (DOBI). These are put in place to protect vulnerable Homeowners such as** Dr. Khan.

   A) Creditor provided **TWO 1098 statements with DIFFERENT AMOUNTS**

   B) Creditor directed Dr. Khan to submit both to IRS.

   C) IRS is not known for leniency in discrepancies no matter the amount.

   D) Dr. Khan requested ONE CORRECTED 1098 for Tax Year 2025.

   E) Creditor insisted both are accurate and still refuses to provide corrected one.

12) There has been **significant progress** made on this case since our last hearing on **June 3, 2026.**

13) Most relevant, and perhaps most important, **CASH OFFER** received for **$700,000 USD.**

   A) This would pay the Creditor at 100%.
   B) Offer currently in **Attorney Review** with the Closing Attorney on file, Jeremy Wallace, Esq.
   C) Realtor Arthur Kaufman also on standby to list home if cash offer not seen through fruition.

14) If that Offer completes through Closing, again, it will not only pay the **Creditor at 100%,** it will recoup some of the losses worth in excess of ~**$200,000 USD.**

15) Dr. Khan has made ALL plan payments to date.

16) Dr. Khan recently obtained full-time employment. If the property does not sell, Dr. Khan is able to start making arrears payments again. Reviewing strategy of "Stacked Plan" with Attorney Fitzgerald.

17) Full mortgage payments have been made in the amount of **$3558.30** USD since Bankruptcy filed in April 2024.

18) **Creditor is not crediting payments properly.**

19) Without the Court's assistance, Creditor has and **will continue to make up wildly inaccurate and exorbitant "fees".**

20) Without the Court's assistance, this Debt will remain a noose around my neck.

## Request(s):

1) Request adjournment of Thirty (**30) days** in the matter scheduled for **THIS Monday June 22, 2026.** This is scheduled the day after the Juneteenth holiday. Meaning, Courts are closed on Friday prior.

2) Due to the short notice and prior engagements already scheduled, Dr. Khan is unable to attend.

3) For future scheduling, request thirty days (30) notice. If that is not possible, request minimum of fourteen (14) days to arrange transportation to the Court and prepare.

PRIVATE PRIVILEGED & CONFIDENTIAL: KHAN ® © ™ (P) 2026

PRIVATE PRIVILEGED & CONFIDENTIAL: KHAN: Copyright © & Trademark™ & Patents Pending 2026

4) Prefer to appear in person, when possible, since technology is not always reliable. This was evident when Attorney Fitzgerald's internet disconnected during the last hearing.

5) Request the Court is mindful that Dr. Khan will always want to attend hearings and schedule accordingly, when possible.

6) **Community and Market Conditions (impact Dr. Khan's ability to navigate literally and figuratively throughout the area(s) due to traffic and/or extreme weather:**

    A) **Weather**: High 77/ Low: 65: light rain

    B) **Economic indicator**: Gas prices: ~$5/gallon

    C) **War with Iran**

    D) **Islamic New Year (Muharram 1448): https://www.darulislah.org/calendar/**

    E) **Knicks: 2026 NBA Finals: Knicks WON: Parade(s): https://www.nba.com/news/starting-5-knicks-complete-historic-run-win-first-nba-title-since-1973**

    F) **FIFA World Cup 2026: FIFA Official URL:** https://www.fifa.com/en/tournaments/mens/worldcup/canadamexicousa2026/scores-fixtures?country=US&wtw-filter=ALL&stage=none&team=none&sortBy=groups

2) **Administration:** Relevant due to charged political climate and/or recent event(s) and/or economy changes (e.g. gas prices at **$5/gallon in NJ, zip code 07306**):

    A) Current President: **Trump (2026)**

    B) Current Administration (NYC): **Mayor: Mamdani**, Zohran (self-identified as Muslim)

    C) Current Administration: (NJ, Jersey City 07306): **Mayor:** Solomon, James (self-identified as Jewish)

Thank you for your time and attention to this or these matters.

Wassalaam
Nuzhet Khan

06/17/2026

_____
**Signature**

**ENCLOSURES: Three (3)**

PRIVATE PRIVILEGED & CONFIDENTIAL: KHAN ® © ™ (P) 2026

PRIVATE PRIVILEGED & CONFIDENTIAL: KHAN: Copyright © & Trademark™ & Patents Pending 2026

**Payment statement**

**PAYMENT STATEMENT**

Statement Date:    1/8/2026

### COMPANY

Madison Management Services, LLC
4600 Kietzke Ln, Ste K-225
Reno, NV 89502
877-563-4164
CustomerService@madisonmanagement.net

### BORROWER



### BANKRUPTCY NOTICE

Our records show that either you are debtor in bankruptcy or you discharged your mortgage loan in bankruptcy. This statement is for informational and compliance purposes only. By law, we must send it to you. You can choose to stop receiving statements by writing to us at our address below.

If your bankruptcy plan requires you to send your mortgage payments to the Trustee, you should pay the Trustee directly. Please contact the Trustee or your attorney if you have questions.

### AMOUNT DUE

| | |
|---|---|
| Account Number | ████6/11 |
| Payment Due Date | 2/1/2026 |
| **Amount Due** | **$5,337.50** |

*This amount includes only your regular post-petition payments and any fees and charges. It does not include any post unpaid amounts or Pre-Petition Arrearage.*

### EXPLANATION OF POST-PETITION AMOUNT DUE

| | |
|---|---|
| Principal | $2,336.98 |
| Interest | $1,221.32 |
| Escrow | $0.00 |
| Other | $0.00 |
| Regular Payment Amount | $3,558.30 |
| Total Fees & Charges | $1,779.20 |
| Post-Petition Payment Amount | |
| Past Unpaid Post-Petition Amounts | |
| Total Post Petition Payment Amount | |

### ACCOUNT INFORMATION

| | |
|---|---|
| Outstanding Principal | $390,823.32 |
| Interest Rate | 3.750% |
| Prepayment Penalty | NO |

### PAST PAYMENTS BREAKDOWN

| Description | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $2,329.70 | $0.00 |
| Interest | $1,228.60 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| Total | $3,558.30 | $0.00 |

### Pre-Petition Arrearage Payments

| Received From Trustee Last Month | Total Received During Bankruptcy | Current Balance of Pre-Petition Arrearage |
|---|---|---|
| | | |

### ACCOUNT ACTIVITY (12/8/2025 - 1/7/2026)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/31/2025 | Payment Received - Thank You | $0.00 | $3,558.30 |

### IMPORTANT MESSAGES

This statement shows payments we've received from you and the Trustee. It may not show payments you recently sent to the Trustee, and it may not be consistent with the Trustee's records. Please contact the Trustee or your attorney if you have any questions.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage loan.

--------PLEASE DETACH THE BOTTOM PORTION OF THIS STATEMENT, RETURN IT WITH YOUR PAYMENT AND RETAIN THE TOP PORTION FOR YOUR RECORDS--------

### COMPANY

Madison Management Services, LLC
4600 Kietzke Ln, Ste K-225
Reno, NV 89502
877-563-4164
CustomerService@madisonmanagement.net

### AMOUNT DUE

| | |
|---|---|
| Account Number | ████6711 |
| Payment Due Date | 2/1/2026 |
| **Amount Due** | **$5,337.50** |

### BORROWER



PRIVATE PRIVILEGED & CONFIDENTIAL: KHAN ® © ™ (P) 2026

PRIVATE PRIVILEGED & CONFIDENTIAL: KHAN: Copyright © & Trademark™ & Patents Pending 2026

Payoff



Tel: 877-563-4164
Fax: 877-563-4161
Email: info@madisonmanagement.net
Web: www.madisonmanagement.net

04/14/2026



Account: ████████6711



**PAYOFF STATEMENT**

Dear ████████████

You are authorized to use the following amounts to payoff the above-mentioned loan. All necessary legal documents will be forwarded to the trustee or County Recorder for Full Reconveyance or Satisfaction upon receipt of payment in full.

| Payoff Date | 05/04/2026 |
|---|---|
| Maturity Date | 07/01/2033 |
| Next Payment Due | 11/01/2023 |
| Interest Rate | 3.750% |
| Interest Paid-To Date | 10/01/2023 |
| Principal Balance | $383,790.45 |
| Unpaid Interest | $0.00 |
| Accrued Interest From 10/01/2023 To 05/04/2026 | $37,677.16 |
| Unpaid Late Charges | $0.00 |
| Accrued Late Charges | $0.00 |
| Unpaid Charges  *For additional details see itemization attached | $1,779.20 |
| Prepayment Penalty | $0.00 |
| Other Fees *For additional details see itemization attached | $225.00 |
| **Payoff Amount** | **$423,471.81** |

Please add $39.98 for each additional day past 05/04/2026.

**PLEASE CALL TO VERIFY PAYOFF AMOUNT AND FEES DUE, PRIOR TO ISSUING PAYMENTS.**

This payoff statement will be of no force and effect, and the above figures may not be relied upon, after the Payoff Quote Expiration Date. We reserve the right to amend this statement should any changes occur that would increase the total amount for payoff.  **Please note that this payoff statement expires on 05/05/2026**, at which time you are instructed to contact this office for additional instructions (FORWARDING FEES ARE DUE EVEN UPON CANCELLATION OF YOUR ESCROW).

All payoffs made pursuant to a payoff statement expiring on a date which is a Saturday, Sunday or federal holiday must be made on or before the business day immediately preceding such expiration date in order to be credited timely. Delivery of funds on a subsequent business day will not be accepted and may cause a shortage in the payoff amount.

For amortized loans, all monthly interest calculations must be made using a thirty (30) day calendar month and a three hundred sixty (360) day calendar year. For interest only loans, interest calculations for any one (1) month must be based on the actual days and a three hundred sixty-five (365) day year. Interest must be remitted THROUGH the date such funds are received by **Madison Management Services, LLC**

Make disbursement check payable to: **Madison Management Services, LLC**
**4600 KIETZKE LN, STE K225, RENO, NV 89502**

**(ONLY CERTIFIED FUNDS, WIRE TRANSFER OR A TITLE COMPANY CHECK WILL BE ACCEPTED)**

4600 Kietzke Lane, Ste K-225, Reno, NV 89502

This communication is from a debt collector but does not imply that Madison Management Services is attempting to collect money from anyone whose debt has been discharged pursuant to (or who is under the protection of) the bankruptcy laws of the United States; in such instances, it is intended solely for informational purposes and does not constitute a demand for payment. North Carolina Collection Agency Permit # 119505312.

PRIVATE PRIVILEGED & CONFIDENTIAL: KHAN ® © ™ (P) 2026

PRIVATE PRIVILEGED & CONFIDENTIAL: KHAN: Copyright © & Trademark ™ & Patents Pending 2026

1098

| | | CORRECTED (if checked) | |
|---|---|---|---|
| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Madison Management Services, LLC<br>4600 Kietzke Lane, Ste K-225<br>Reno, NV | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380<br><br>Form **1098**<br>(Rev. April 2025)<br>For calendar year<br>_2025_ | Mortgage Interest Statement |
| | 1 Mortgage interest received from payer(s)/borrower(s)*<br>$                          16677.29 | | **Copy B**<br>**For Payer/**<br>**Borrower** |
| RECIPIENT'S/LENDER'S TIN     PAYER'S/BORROWER'S TIN<br><br>26-1777981          ▮▮▮▮▮ | 2 Outstanding mortgage principal<br>$              424724.56 | 3 Mortgage origination date<br>06/18/2016 | The information in boxes 1 through 9 and 11 is important tax information and is being furnished to |
| PAYER'S/BORROWER'S name<br><br>▮▮▮▮▮ | 4 Refund of overpaid interest<br>$ | 5 Mortgage insurance premiums<br>$ | the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if |
| | 6 Points paid on purchase of principal residence<br>$                          0 | | the IRS determines that an underpayment of tax results because you |
| Street address (including apt. no.)<br><br>▮▮▮▮▮ | 7 ☑ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. | | overstated a deduction for this mortgage interest or for these points, reported in |
| City or town, state or province, country, and ZIP or foreign postal code<br><br>Jersey City, NJ 07306 | 8 Address or description of property securing mortgage<br><br>▮▮▮▮▮ | | boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item. |
| 9 Number of properties securing the mortgage | 10 Other | | 11 Mortgage acquisition date |
| Account number (see instructions)<br>▮▮▮▮6711 | | | |

Form **1098** (Rev. 4-2026)          (Keep for your records)          www.irs.gov/Form1098     Department of the Treasury - Internal Revenue Service

PRIVATE PRIVILEGED & CONFIDENTIAL: KHAN ® © ™ (P) 2026

Prayer
Schedule

## In the name of Allah, The Beneficent, The Merciful

### DARUL ISLAH
320 Fabry Terrace, Teaneck, NJ 07666
Phone: (201) 692-7730, www.darulislah.org

**June / July 2026** | **Muharram ul Haram 1448 — Islamic New Year** | محرم الحرام

| Jun/Jul | Day | Fajr | Sunrise | Zuhr | Asr | Maghrib | Isha | محرم الحرام |
|---|---|---|---|---|---|---|---|---|
| 16 | Tue | 3:44 | 5:23 | 12:57 | 6:12 | 8:30 | 10:10 | 1 |
| 17 | Wed | 3:44 | 5:23 | 12:57 | 6:12 | 8:31 | 10:11 | 2 |
| 18 | Thu | 3:44 | 5:23 | 12:58 | 6:12 | 8:31 | 10:11 | 3 |
| 19 | Fri | 3:44 | 5:23 | 12:58 | 6:12 | 8:31 | 10:11 | 4 |
| 20 | Sat | 3:44 | 5:24 | 12:58 | 6:13 | 8:31 | 10:12 | 5 |
| 21 | Sun | 3:44 | 5:24 | 12:58 | 6:13 | 8:32 | 10:12 | 6 |
| 22 | Mon | 3:45 | 5:24 | 12:58 | 6:13 | 8:32 | 10:12 | 7 |
| 23 | Tue | 3:45 | 5:24 | 12:59 | 6:13 | 8:32 | 10:12 | 8 |
| 24 | Wed | 3:45 | 5:24 | 12:59 | 6:13 | 8:32 | 10:13 | 9 |
| Ashurah Fasting | | 3:46 | 5:25 | 12:59 | 6:14 | 8:32 | 10:13 | 10 |
| 26 | Fri | 3:46 | 5:25 | 12:59 | 6:14 | 8:32 | 10:13 | 11 |
| 27 | Sat | 3:46 | 5:25 | 12:59 | 6:14 | 8:32 | 10:13 | 12 |
| 28 | Sun | 3:47 | 5:26 | 1:00 | 6:14 | 8:32 | 10:12 | 13 |
| 29 | Mon | 3:48 | 5:26 | 1:00 | 6:14 | 8:32 | 10:12 | 14 |
| 30 | Tue | 3:48 | 5:27 | 1:00 | 6:14 | 8:32 | 10:12 | 15 |
| 1 | Wed | 3:49 | 5:27 | 1:00 | 6:14 | 8:32 | 10:12 | 16 |
| 2 | Thu | 3:50 | 5:28 | 1:00 | 6:14 | 8:32 | 10:11 | 17 |
| 3 | Fri | 3:50 | 5:28 | 1:01 | 6:14 | 8:32 | 10:11 | 18 |
| 4 | Sat | 3:51 | 5:29 | 1:01 | 6:14 | 8:32 | 10:11 | 19 |
| 5 | Sun | 3:52 | 5:29 | 1:01 | 6:14 | 8:32 | 10:10 | 20 |
| 6 | Mon | 3:53 | 5:30 | 1:01 | 6:14 | 8:31 | 10:10 | 21 |
| 7 | Tue | 3:54 | 5:30 | 1:01 | 6:14 | 8:31 | 10:09 | 22 |
| 8 | Wed | 3:54 | 5:31 | 1:02 | 6:14 | 8:31 | 10:09 | 23 |
| 9 | Thu | 3:55 | 5:32 | 1:02 | 6:14 | 8:30 | 10:08 | 24 |
| 10 | Fri | 3:56 | 5:32 | 1:02 | 6:14 | 8:30 | 10:07 | 25 |
| 11 | Sat | 3:57 | 5:33 | 1:02 | 6:14 | 8:30 | 10:07 | 26 |
| 12 | Sun | 3:58 | 5:34 | 1:02 | 6:13 | 8:29 | 10:06 | 27 |
| 13 | Mon | 3:59 | 5:35 | 1:02 | 6:13 | 8:29 | 10:05 | 28 |
| 14 | Tue | 4:01 | 5:35 | 1:02 | 6:13 | 8:28 | 10:04 | 29 |

### IQAMAH TIMING

| June/July | Fajr | Zuhr | Asr | Maghrib | Isha | محرم الحرام |
|---|---|---|---|---|---|---|
| 16 - 18 | 4:45 | 1:15 | 6:30 | Five Minutes After Maghrib Time | 10:25 | 1 - 3 |
| 19 - 25 | 4:45 | 1:15 | 6:30 | | 10:25 | 4 - 10 |
| 26 Jun – 2 Jul | 4:45 | 1:15 | 6:30 | | 10:25 | 11 - 17 |
| 3 - 9 | 4:45 | 1:15 | 6:30 | | 10:25 | 18 - 24 |
| 10 - 14 | 4:45 | 1:15 | 6:30 | | 10:20 | 25 - 29 |

**Manawara — ISLAMIC NEW YEAR**

**Start of 1448 Hijri Year**

**First & Second Jumah**
First Salah: 1:05 – 1:40 PM
Second Salah: 2:10 – 2:40 PM

**Darul Islah Hifz Academy**
Full Time Hifz &
Academic Studies
**Summer Camp**
July 6th – August 13th
Monday –Thursday, Ages 4-11
10am-1:30
Extended Hours 9am-3:30pm
**Evening School**
Mon – Thu, 5pm - 7pm
**Fajr Talk**
SATURDAY
Sh. Waleed El-Batrawish
Journey Through the Hadith
SUNDAY
Imam Saeed Qureshi
Journey Through the Quran
Surah Mulk

**For More Information**
Email at info@darulislah.org or call:

| | |
|---|---|
| Saeed Qureshi (Imam) | 201 328 6712 |
| Albah Ali (President) | 201 815 6216 |
| Mohammed Lareq (Social & Welfare) | 201 838 3287 |
| Aneesa Baig (Education) | 201 926 4492 |
| Rizwan Ali (Religious & Funeral) | 201 374 3601 |

*Fasting on 9th & 10th of Muharram is Sunnah*

End

PRIVATE PRIVILEGED & CONFIDENTIAL: KHAN ® © ™ (P) 2026