UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates, Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306

**Order Filed on June 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Nuzhet Khan

| | |
|---|---|
| Case No.: | 24-13523 |
| Chapter: | 13 |
| Judge: | HALL |

**ORDER AUTHORIZING RETENTION OF**

Arthur Kaufman

The relief set forth on the following page is **ORDERED.**

**DATED: June 30, 2026**

**Honorable Mark E. Hall
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain _____ Arthur Kaufman _____

as _____ Real Estate Agent _____, it is hereby ORDERED:

1.   The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is:   Coldwell Banker - - Arthur Kaufman

374 Ogden Avenue

Jersey City, NJ 07307

2.   Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.   If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.   The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*