UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
Telephone (201) 533-1100

In Re:

    Nuzhet Khan

| | |
|---|---|
| Case No.: | 24-13523 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | HALL |

## CERTIFICATION OF SERVICE

1.  I, _____ Nadia Loftin _____ :

☐ represent _____ in this matter.

☒ am the secretary/paralegal for ___ Nicholas Fitzgerald, Esq. ___, who represents
_____ Nuzhet Khan _____ in this matter.

☐ am the _____ in this case and am representing myself.

2.  On _____ July 02, 2026 _____. I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Order Authorizing Retention of Arthur Kaufman

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____ July 02, 2026 _____          _____
                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nuzhet Khan<br>910 Bergen Ave., Suite 217<br>Jersey City, NJ 07306 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Coldwell Banker<br>    Attn: Arthur Kaufman<br>374 Ogden Avenue<br>Jersey City, NJ 07307 | Real Estate Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |