Fitzgerald & Associates, P.C.
     By: Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
Email: nickfitz.law@gmail.com
Phone: (201) 533-1100
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
--------------------------------X

In re:

    Nuzhet Khan,

    Debtor

--------------------------------X

**Chapter 13**

Case No. 24-13523-MEH

Conf. Hearing Date: N/A

## ATTORNEY'S RESPONSE TO TRUSTEE'S OBJECTION TO CONFIRMATION

Nicholas Fitzgerald, the debtor's counsel, hereby responds to the Chapter 13 trustee's objection to confirmation of the debtor's Chapter 13 the plan as follows:

1) The trustee claims that the debtor has not filed her amended plan in good faith on two grounds -- the debtor's failure to retain a real estate broker and the debtor's paying *de minimis* $50 monthly trustee payments.

In regards to the debtor's failure to obtain a real estate broker, Judge Sherwood specifically ruled that the debtor could sell her home on her own without retaining a real state broker.

In regards to the alleged *de minimis* trustee payments, to date the debtor paid $58,056.00 to the trustee. Since the debtor's circumstances have changed $50.00 per month is a reasonable amount for the debtor to pay at this time.

2) It is asserted that the final date for completion of the original plan was May 1, 2026 and that the modified plan was filed on May 29, 2026 and thus the modified plan was filed "too late under 11 USC 1329." No case law is cited in support of that proposition.  11 U.S.C. §1329 (a) specifically states that a debtor can modify her payment plan "At any time after confirmation of the plan but before the completion of payments under such plan ..."  The debtor was unable to sell her home in the time originally allocated in her prior modified plan and thus her prior plan was not completed as the full amount due was not paid.

3) We admit that the dates in the plan were inaccurate. The intent of the modified plan is to give the debtor a few more months to sell her home -- to give her until November 30, 2026

to sell her home to provide her creditors with a 100% dividend and that intent could be made clear in a confirmation order -- or, alternative, the plan can be amended to correct that error.

Dated: August 3, 2026

_____
Nicholas Fitzgerald
Debtor's Counsel