UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
Telephone (201) 533-1100
Email: NickFitz.Law@gmail.com

In Re:

    Nuzhet Khan

Case No.: _____24-13523_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: ____09/16/2026____

Judge: _____HALL_____

## CERTIFICATION OF SERVICE

1. I, _____Nadia Loftin_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for ____Nicholas Fitzgerald, Esq.____ , who represents _____Nuzhet Khan_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____August 06, 2026_____ , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Modified Chapter 13 Plan and Notice of Filing of Modification of Plan After Confirmation and Notice of Hearing Thereon

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ____August 06, 2026____

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Garden State Prominent Realty LLC<br>600 Meadow Run<br>Brick, NJ 08724 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Coldwell Banker<br>    Attn: Arthur Kaufman<br>374 Ogden Avenue<br>Jersey City, NJ 07307 | Real Estate Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Creditors List | Crediors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev. 8/1/16*

NICHOLAS FITZGERALD
*Admitted in NY and NJ

**FITZGERALD & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
**649 NEWARK AVENUE**
**JERSEY CITY, NJ 07306**

-----------------------------------------

NEW YORK OFFICE
521 FIFTH AVENUE, SUITE 3010
NEW YORK, NY 10175
1800 828 7763

Telephone (201) 533-1100
Email: NickFitz.Law@gmail.com

**24-13523-MEH** Nuzhet Khan
# Creditors

**Bank of America, N.A.**
PO Box 673033
Dallas, TX 75267-3033

**Bk Of Amer**
P O Box 982236
El Paso, TX 79998

**Celtic Bank**
4550 New Linden HIll Road
Wilmington, DE 19808

**Garden State Prominent Realty**
1725 John F. Kennedy Blvd #
Jersey City, NJ 07305

**Garden State Prominent Realty, LLC**
Michael S. Ackerman, Esq.
Law Offices of Michael S. Ackerman
Waterview Plaza, 2001 Route 46, Suite 310
Parsippany, NJ 07054

**Garden State Prominent Realty, LLC**
600 Meadow Run
Brick, NJ 08724

**Garden State Prominent Realty, LLC**
600 Meadow Run
Brick, NJ 08724

**Garden State Prominent Realty, LLC**
600 Meadow Run
Brick, NJ 08724

**Jpmcb Card**
201 N Walnut St
Wilmington, DE 19801

**Jpmcb Card**
301 N Walnut St, Floor 09
Wilmington, DE 19801

**Law Office of Michael S. Ackerman, LLC**
2001 Route 46
Suite 310
Parsippany, NJ 07054

**LVNV Funding**
P.O. Box 10584
Greenville, SC 29603

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Madison Management Services, LLC**
4600 Kietzke Lane
Suite K-225
Reno, NV 89502

**Mdsmgmt**
126 Route 10
Succasunna, NJ 07876

**MDSMgnt / Garden State Prominent Realty**
Law Office of Michael S. Ackerman, LLC
2001 Route 46
Parsippany, NJ 07054

**Midland Credit Management**
16 McLeland Rd
Saint Cloud, MN 56303

**Midland Credit Management, Inc.**
PO Box 2037
Warren, MI 48090

**PNC Bank NA**
Bankruptcy Department
PO BOX 94982
Cleveland, OH 44101

**PNC Bank, National Association,**
c/o Brock and Scott, PLLC Attorneys
3825 Forrestgate Dr.
Winston-Salem, NC 27103

**Verizon**
500 Technology Dr
Weldon Spring, MO 63304

**Verizon**
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118