UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
Telephone (201) 533-1100
Email: NickFitz.Law@gmail.com

In Re:

Nuzhet Khan

| | |
|---|---|
| Case No.: | 24-13523 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 09/16/2026 |
| Judge: | HALL |

## CERTIFICATION OF SERVICE

1. I, _____Nadia Loftin_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for ___Nicholas Fitzgerald, Esq.___, who represents

   _____Nuzhet Khan_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____August 06, 2026_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Modified Chapter 13 Plan and Notice of Filing of Modification of Plan After Confirmation and Notice of Hearing Thereon

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: ___August 06, 2026___

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _ECF_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nuzhet Khan<br>910 Bergen Ave., Suite 217<br>Jersey City, NJ 07306 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael S. Ackerman, Esq.<br>Law Office of Michael S. Ackerman<br>Waterview Plaza<br>2001 Route 46, Suite 310<br>Parsippany NJ 07054<br>Attorney for Garden State Prominent Realty, LLC | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brock and Scott, PLLC<br>Attorneys at Law<br>3825 Forrestgate Dr.<br>Winston-Salem, NC 27103<br>Attorneys for PNC Bank,<br>National Association | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PNC Bank<br>6750 Miller Road<br>Brecksville, Ohio 44141 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |