Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24–13523–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nuzhet Khan
   910 Bergen Ave., Suite 217
   Jersey City, NJ 07306

Social Security No.:
   xxx–xx–2086

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 20, 2025.

On 8/4/2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Mark Edward Hall on:

Date:                         September 16, 2026
Time:                         09:45 AM
Location:                   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark,
NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 5, 2026
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-13523-MEH |
| Nuzhet Khan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 05, 2026 | Form ID: 185 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nuzhet Khan, 910 Bergen Ave., Suite 217, Jersey City, NJ 07306-4314 |
| aty | + | Michael S. Ackerman, Law Office of Michael S. Ackerman, Waterview Plaza, 2001 Route 46 Suite 310, Parsippany, NJ 07054-1315 |
| r | + | Arthur Kaufman, Coldwell Banker - Arthur Kaufman, 374 Ogden Avenue, Jersey City, NJ 07307-1115 |
| 520216603 | + | Garden State Prominent Realty, 1725 John F. Kennedy Blvd #, Jersey City, NJ 07305-1920 |
| 520288679 | + | Garden State Prominent Realty, LLC, Michael S. Ackerman, Esq., Law Offices of Michael S. Ackerman, Waterview Plaza, 2001 Route 46, Suite 31, Parsippany, NJ 07054-1385 |
| 520879762 | + | Garden State Prominent Realty, LLC, 600 Meadow Run, Brick, NJ 08724-5128 |
| 520216606 | + | Law Office of Michael S. Ackerman, LLC, 2001 Route 46, Suite 310, Parsippany, NJ 07054-1315 |
| 520216609 | + | MDSMgnt / Garden State Prominent Realty, Law Office of Michael S. Ackerman, LLC, 2001 Route 46, Parsippany, NJ 07054-1385 |
| 520216608 | + | Mdsmgmt, 126 Route 10, Succasunna, NJ 07876-1432 |
| 520317049 | + | PNC Bank, National Association,, c/o Brock and Scott, PLLC Attorneys, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 05 2026 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 05 2026 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520216601 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 05 2026 21:30:00 | Bk Of Amer, P O Box 982236, El Paso, TX 79998 |
| 520296810 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 05 2026 21:30:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520216602 | | Email/Text: cfcbackoffice@contfinco.com | Aug 05 2026 21:31:00 | Celtic Bank, 4550 New Linden HIll Road, Wilmington, DE 19808 |
| 520216604 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 05 2026 21:40:08 | Jpmcb Card, 301 N Walnut St, Floor 09, Wilmington, DE 19801-3971 |
| 520216605 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 05 2026 21:39:46 | Jpmcb Card, 201 N Walnut St, Wilmington, DE 19801-2920 |
| 520216607 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2026 21:40:19 | LVNV Funding, P.O. Box 10584, Greenville, SC 29603-0584 |
| 520221223 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2026 21:39:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520399402 | ^ | MEBN | Aug 05 2026 21:27:20 | Madison Management Services, LLC, 4600 Kietzke Lane, Suite K-225, Reno, NV 89502-5017 |
| 520216610 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 05 2026 21:32:00 | Midland Credit Management, 16 McLeland Rd, Saint Cloud, MN 56303-2160 |
| 520267350 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 05 2026 21:32:00 | Midland Credit Management, Inc., PO Box 2037, |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2026 | Form ID: 185 | Total Noticed: 25 |

| | | | |
|---|---|---|---|
| | | | Warren, MI 48090-2037 |
| 520284026 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2026 21:30:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520288455 | + Email/PDF: ebn_ais@aisinfo.com | Aug 05 2026 21:39:21 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520216611 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 05 2026 21:30:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520879763 | *+ | Garden State Prominent Realty, LLC, 600 Meadow Run, Brick, NJ 08724-5128 |
| 520881079 | *+ | Garden State Prominent Realty, LLC, 600 Meadow Run, Brick, NJ 08724-5128 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 07, 2026      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Nicholas Fitzgerald | on behalf of Debtor Nuzhet Khan fitz2law@gmail.com  nadiafinancial@gmail.com |
| Robert P. Saltzman | on behalf of Creditor Garden State Prominent Realty  LLC dnj@pbslaw.org |
| Stuart H. West | on behalf of Creditor Garden State Prominent Realty  LLC swest@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                    User: admin                           Page 3 of 3
Date Rcvd: Aug 05, 2026                 Form ID: 185                           Total Noticed: 25
TOTAL: 8