Order Filed on September 3, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Chapter 13<br><br>Case No.: 24-13523<br><br>Hearing Date: 8/5/2026 |
| IN RE:<br>NUZHET KHAN | Judge: MARK E. HALL |

**ORDER STRIKING DOCUMENTS FILED BY DEBTOR AND TO PRECLUDE DEBTOR FROM FILING PETITIONS, PLEADINGS AND MOTIONS WITHOUT DEBTOR'S ATTORNEY'S SIGNATURE**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: September 3, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s): NUZHET KHAN

Case No.: 24-13523

Caption of Order: **Order Striking Documents Filed by Debtor and to Preclude Debtor from Filing Petitions, Pleadings and Motions without Debtor's Attorney's Signature**

---

uncontested

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's ^ Motion to strike documents and preclude the debtor from filing pleadings without her attorney's signature, and the Court having been satisfied that proper service and notice was effectuated on the Debtor and Debtor's counsel, and the Court having considered the Chapter 13 Standing Trustee's report, by reasons set forth in the certification and good and sufficient cause appearing therefrom for the entry of this Order, it is:

in light of the Order Denying Motion to Withdraw as Attorney entered on June 4, 2026, (Doc. No. 122), the

ORDERED AND DIRECTED, that ^ ~~all~~ pleadings and/or filings in this case, filed by the Debtor, Nuzhet Khan, without the signature of Debtor's counsel ^ at Doc. Nos. 125, 126, 133, and 134 are stricken. The Debtor is precluded from filing any pleadings without the signature of counsel.