Order Filed on September 3, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

NUZHET KHAN

**Chapter 13**

**Case No.: 24-13523**

**Hearing Date: 8/5/2026**

**Judge: MARK E. HALL**

**ORDER STRIKING DOCUMENTS FILED BY DEBTOR AND TO PRECLUDE DEBTOR FROM FILING PETITIONS, PLEADINGS AND MOTIONS WITHOUT DEBTOR'S ATTORNEY'S SIGNATURE**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: September 3, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s): NUZHET KHAN

Case No.: 24-13523

Caption of Order: **Order Striking Documents Filed by Debtor and to Preclude Debtor from Filing Petitions, Pleadings and Motions without Debtor's Attorney's Signature**

---

uncontested

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's ^ Motion to strike documents and preclude the debtor from filing pleadings without her attorney's signature, and the Court having been satisfied that proper service and notice was effectuated on the Debtor and Debtor's counsel, and the Court having considered the Chapter 13 Standing Trustee's report, by reasons set forth in the certification and good and sufficient cause appearing therefrom for the entry of this Order, it is:

in light of the Order Denying Motion to Withdraw as Attorney entered on June 4, 2026, (Doc. No. 122), the

ORDERED AND DIRECTED, that ^ ~~all~~ pleadings and/or filings in this case, filed by the Debtor,

at Doc. Nos. 125, 126, 133, and 134

Nuzhet Khan, without the signature of Debtor's counsel ^ are stricken. The Debtor is precluded from filing any pleadings without the signature of counsel.

United States Bankruptcy Court

District of New Jersey

In re:
Nuzhet Khan
Debtor

Case No. 24-13523-MEH
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Sep 03, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Nuzhet Khan, 910 Bergen Ave., Suite 217, Jersey City, NJ 07306-4314 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew L. Spivack | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Nicholas Fitzgerald | on behalf of Debtor Nuzhet Khan fitz2law@gmail.com nadiafinancial@gmail.com |

Robert P. Saltzman
on behalf of Creditor Garden State Prominent Realty LLC dnj@pbslaw.org

Stuart H. West
on behalf of Creditor Garden State Prominent Realty LLC swest@pbslaw.org

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8