UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicholas Fitzgerald, Esq.,/NF6129
Fitzgerald & Associates Attorneys At Law
649 Newark Avenue
Jersey City, NJ 07306
Telephone (201) 533-1100
Email: NickFitz.Law@gmail.com
Attorney for Debtor

In Re:

Nuzhet Khan
Debtor

Case No.: 24-13523

Chapter: 13

Adv. No.: ______

Hearing Date: ______

Judge: HALL

## CERTIFICATION OF SERVICE

1. I, Nadia Loftin :

☐ represent ______________ in this matter.

☒ am the secretary/paralegal for Nicholas Fitzgerald Esq., who represents Nuzhet Khan in this matter.

☐ am the ______________ in this case and am representing myself.

2. On September 23, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Amendment to Schedule I and Schedule J

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 23, 2026

______________________
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nuzhet Khan<br>910 Bergen Ave., Suite 217<br>Jersey City, NJ 07306 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |